UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CURTIS DEWAYNE MOORE and )
PATRICIA GRANT MOORE, )
       Plaintiffs, )
       )
v. )   **JUDGMENT**
       )
       )   No. 5:17-CV-542-FL
DENISE M. FRAZIER, L. FRANCIS )
CISSNA, ELAINE DUKE, JEFF )
SESSIONS. )
       Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 26, 2018, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on November 26, 2018, and Copies To:**
Jorgelina E. Araneda (via CM/ECF Notice of Electronic Filing)
Matthew Lee Fesak (via CM/ECF Notice of Electronic Filing)

November 26, 2018        PETER A. MOORE, JR., CLERK

                              /s/ Susan W. Tripp
                            (By) Susan W. Tripp, Deputy Clerk